JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE BROWN, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALASKA AIRLINES, INC., an entity, MICHAEL P. HAMES, an individual, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. **2:20-cv-00287-DSF-JPR**<br><br>**ORDER RE STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to the Hon. Dale S. Fischer<br><br>Action Filed: August 27, 2019 |

**TO THE COURT, CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Finding good cause, the Court grants Plaintiff Freddie Brown ("Plaintiff") and Defendants Alaska Airlines, Inc. and Michael P. Hames' ("Capt. Hames") "Stipulation for Dismissal With Prejudice."

Accordingly, **IT IS HEREBY ORDERED** that:

1. The above-captioned action is dismissed with prejudice; and
2. All pending motions filed by any party are deemed withdrawn, including: (a) Capt. Hames' Special Motion to Strike (filed on January 17, 2020); (b) Capt. Hames' Motion to Dismiss (filed on January 17, 2020); and (c) Plaintiff's Motion for Remand (filed on February 10, 2020).

IT IS SO ORDERED.

DATED: April 9, 2020

                                                     Honorable Dale S. Fischer
                                                   UNITED STATES DISTRICT JUDGE

4835-8347-7689v.1 0017572-000517